| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | SUSAN L. HOFFMAN (SBN 90496) |
| 2 | susan.hoffman@bingham.com |
| | KAREN J. PAZZANI (SBN 252133) |
| 3 | karen.pazzani@bingham.com |
| | 355 South Grand Avenue, Suite 4400 |
| 4 | Los Angeles, CA 90071-3106 |
| | Telephone: 213-680.6499 |
| 5 | |
| | FRANCES S. COHEN (BBO 542811) |
| 6 | frances.cohen@bingham.com |
| | JOSEPHINE DEANG (BBO 669469) |
| 7 | josephine.deang@bingham.com |
| | One Federal Street |
| 8 | Boston, MA 02110-1726 |
| | Telephone: 617.951.8872 |
| 9 | Facsimile: 617.951.8736 |
| 10 | Attorneys for Defendant |
| | Massachusetts Financial Services Company |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IATSE LOCAL 33 SECTION 401(k) PLAN BOARD OF TRUSTEES, | Case No. CV 08-03949 AHM (SSx) |
| Plaintiff, | **DEFENDANT MASSACHUSETTS FINANCIAL SERVICES COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUAN TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| MICHAEL L. BULLOCK, individually and doing business as INNOVATIVE EMPLOYEE BENEFITS PROGRAMS; SECURITIES AMERICA, INC.; MASSACHUSETTS FINANCIAL SERVICES COMPANY, | |
| Defendant. | Date:      September 22, 2008<br>Time:      10:00 a.m.<br>Courtroom: 14<br>Judge:     Hon. A. Howard Matz |

A/72624304.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on **September 22, 2008, at 10:00 a.m.** or as soon thereafter as the matter may be heard, before the Honorable A. Howard Matz, United States District Judge, located at 312 N. Spring Street, Courtroom 14, Los Angeles, California 90012, defendant Massachusetts Financial Services Company ("MFS") will and hereby does move this Court pursuant to Federal Rules of Civil Procedure 12(b)(6), for an order dismissing all claims alleged in Plaintiff's Complaint.

This Motion is made on the grounds that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

This Motion is made following a conference between counsel which took place on August 12, 2008. During the conference, counsel for both parties stated that they had already considered each other's positions and that further discussion would not eliminate the need for a hearing.

This Motion is based on the Notice of Motion, the Memorandum of Points and Authorities in Support of this Motion, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at or before the time of the hearing.

DATED: August 13, 2008

Bingham McCutchen LLP

By: /s/ Susan Hoffman
Frances S. Cohen
Susan L. Hoffman
Josephine Deang
Karen J. Pazzani
Attorneys for Defendant
MASSACHUSETTS FINANCIAL
SERVICES COMPANY