UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3949-AHM (SSx) | Date | October 3, 2008 |
|---|---|---|---|
| Title | IATSE LOCAL 33 SECTION 401(k) PLAN BOARD OF TRUSTEES v. MICHAEL L. BULLOCK, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION Defendant Securities America, Inc.'s Motion to Compel Arbitration. The parties will be notified if a hearing is necessary.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |