Bingham McCutchen LLP
SUSAN L. HOFFMAN (SBN 90496)
susan.hoffman@bingham.com
KAREN J. PAZZANI (SBN 252133)
karen.pazzani@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: 213.680.6400
Facsimile: 213.680.6499

Bingham McCutchen LLP
FRANCES S. COHEN (BBO 542811)
frances.cohen@bingham.com
JOSEPHINE DEANG (BBO 669469)
josephine.deang@bingham.com
One Federal Street
Boston, MA 02110
Telephone: 617.951.8872
Fax: 617.951.8736

Attorneys for Defendant
Massachusetts Financial Services Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IATSE LOCAL 33 SECTION 401(k) PLAN BOARD OF TRUSTEES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL L. BULLOCK, individually and doing business as INNOVATIVE EMPLOYEE BENEFITS PROGRAMS; SECURITIES AMERICA, INC.; MASSACHUSETTS FINANCIAL SERVICES COMPANY,<br><br>Defendants. | Case No. CV 08-03949 AHM (SSx)<br><br>STIPULATION REGARDING ENTRY OF JUDGMENT IN A SEPARATE DOCUMENT PURSUANT TO RULE 58(d)<br><br>[(Proposed) Judgment filed concurrently herewith] |

1     Whereas on November 5, 2008, the Court issued Civil Minutes
2 dismissing Plaintiff IATSE Local 33 Section 401(k) Plan Board of Trustees'
3 ("Plaintiff") First through Fifth causes of action against Defendant,
4 Massachusetts Financial Services Company ("MFS"), with prejudice and
5 dismissing Plaintiff's Sixth through Eighth causes of action against MFS
6 without prejudice;
7     Whereas the Civil Minutes contain legal reasoning and are therefore
8 not a judgment within the meaning of Federal Rule of Civil Procedure 58(a);
9     IT IS hereby stipulated by and between Plaintiff and MFS, through
10 their respective attorneys and subject to approval of the Court, that:

    1. There is no reason to delay entry of judgment pursuant to Rule 58(a).

    2. The parties request that the Court enter judgment in a separate document in a form similar to that of the Judgment filed currently herewith.

DATED: January 15, 2009

                        Whatley Drake & Kallas, LLC

                        By: /s/ Glen M. Connor
                              Glen M. Connor
                            Attorneys for Plaintiff
                    IATSE Local 33 Section 401(k) Plan
                          Board of Trustees

1 | DATED: January 15, 2009

Bingham McCutchen LLP

By: /s/ Frances S. Cohen
Susan L. Hoffman
Frances S. Cohen
Josephine Deang
Karen Pazzani
Attorneys for Defendant
Massachusetts Financial Services Company

3

STIPULATION REGARDING ENTRY OF JUDGMENT IN A SEPARATE DOCUMENT
C:\Documents and Settings\floresp\Local Settings\Temporary Internet Files\OLK3E6\MFS 58a stipulation.DOC