1
2  Bingham McCutchen LLP
   SUSAN L. HOFFMAN (SBN 90496)
3  susan.hoffman@bingham.com
   KAREN J. PAZZANI (SBN 252133)
4  karen.pazzani@bingham.com
   355 South Grand Avenue, Suite 4400
5  Los Angeles, CA  90071-3106
   Telephone:  213.680.6400
6  Facsimile:  213.680.6499

7
   Bingham McCutchen LLP
8  FRANCES S. COHEN (BBO 542811)
   frances.cohen@bingham.com
9  JOSEPHINE DEANG (BBO 669469)
10 josephine.deang@bingham.com
   One Federal Street
11 Boston, MA 02110
   Telephone:  617.951.8872
12 Fax:  617.951.8736
13 Attorneys for Defendant
   Massachusetts Financial Services
14 Company

15
                 UNITED STATES DISTRICT COURT
16
                 CENTRAL DISTRICT OF CALIFORNIA
17

18

19 IATSE LOCAL 33 SECTION 401(k)        Case No. CV 08-03949 AHM
   PLAN BOARD OF TRUSTEES,              (SSx)
20
            Plaintiff,
21        v.                            [PROPOSED] JUDGMENT

22 MICHAEL L. BULLOCK, individually
   and doing business as INNOVATIVE
23 EMPLOYEE BENEFITS PROGRAMS;
   SECURITIES AMERICA, INC.;
24 MASSACHUSETTS FINANCIAL
   SERVICES COMPANY,
25
            Defendants.
26

27

28

─────────────────────────────────────────────

[PROPOSED] JUDGMENT

C:\Documents and Settings\floresp\Local Settings\Temporary Internet Files\OLK3F6\MFS 58a proposed judgment (2).DOC

FILED
CLERK, U.S. DISTRICT COURT

JAN I 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1    On October 27, 2008, Defendant Massachusetts Financial Services

2   Company's ("MFS") Motion to Dismiss Pursuant to Rule 12(b)(6) of the

3   Federal Rules of Civil Procedure ("Motion") was heard before the

4   Honorable Judge Matz, Judge of the above-entitled Court, located at 312

5   N. Spring Street, Courtroom 14, Los Angeles, California 90012.

6    Good cause having been shown, the Court hereby GRANTS MFS'

7   Motion as follows:

8    1. Plaintiff IATSE Local 33 Section 401(k) Plan Board of Trustees'

9    ("Plaintiff") First through Fifth causes of action against MFS are

10    dismissed with prejudice.

11    2. Plaintiff's Sixth through Eighth causes of action against MFS

12    are dismissed without prejudice.

13

14

15   DATED: _Jan. 16_, 2009

16

17   _____

    Judge A. Howard Matz

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT

C:\Documents and Settings\floresp\Local Settings\Temporary Internet Files\OLK3E6\MFS 58a proposed judgment (2).DOC